AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Kathy L. Kessel

V.

Wachovia Securities, Inc. and

Michael A. Ewanouski

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04CV-10900MLW

TO: (Name and address of Defendant)

Michael A. Ewanouski
Wachovia Securities, LLC
80 Washington Street, Blg. A
Norwell, MA 02061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edmund Polubinski, Jr.
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          5-4-04
_____                    _____
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

AO

Ser

NAM

C

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

June 23, 2004

I hereby certify and return that on 6/22/2004 at 03:25 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Michael A. Ewanouski at Wachovia Securities, LLC, 80 Washington Street, Bldg. A Norwell, MA 02061 P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($9.60) Total Charges $50.10

Deputy Sheriff Robert C. Greek

☐ Returned unexecuted.

☐ Other (specify):

*signature*
**Deputy Sheriff**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.