SCANNED
DATE: 07/21/04
BY: SLY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kathy L. Kessel,<br>　　Plaintiff,<br><br>v.<br><br>Wachovia Securities, Inc., and<br>Michael A. Ewanouski<br>　　Defendants. | )<br>)<br>)<br>)<br>)　CIV NO. 04 CV 10900MLW<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL

The plaintiff hereby voluntarily dismisses the above action without prejudice and pursuant to Federal R. Civ. Proc. 41 (a) (1) (i). No answer or motion for summary judgment has been filed by either defendant.

　　　　　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　　　　　By her attorney

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Edmund Polubinski, Jr.
　　　　　　　　　　　　　　　　　　　BBO #402640
　　　　　　　　　　　　　　　　　　　Richardson and Tyler, LLP
　　　　　　　　　　　　　　　　　　　15 Broad Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02109

Dated: July 14, 2004